**Fill in this information to identify the case:**

Debtor name    **1NOnly Phimar, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-30017-sgj11**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>30 th January 2024</u>   x *Philip Levine*
           Signature of individual signing on behalf of debtor

**Philip Levine**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**1NOnly Phimar, LLC**__

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    __**24-30017-sgj11**__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................. $     **9,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     **49,225.98**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $     **9,049,225.98**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $     **7,054,968.10**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................. $     **396,590.37**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **3,359,797.01**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                    $     **10,811,355.48**

**Fill in this information to identify the case:**

Debtor name   **1NOnly Phimar, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **24-30017-sgj11**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pegasus Bank** | **Checking** | **5823** | $434.46 |
| 3.2. | **Bluevine Inc.** | **Checking** | **0580** | $11.46 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $445.92 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **1NOnly Phimar, LLC** | Case number *(If known)* **24-30017-sgj11** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 48,780.06 | - | 0.00 | = .... | $48,780.06 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $48,780.06 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See attached Exhibit 39** | **Unknown** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached Exhibit 39** | **$0.00** | | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $0.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
|---|---|

- ■ No
- ☐ Yes

Debtor  **1NOnly Phimar, LLC**                                    Case number *(If known)*  **24-30017-sgj11**
         Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **8051 Lyndon B Johnson Freeway, Dallas, TX 75251** | | **$10,575,842.36** | **Liquidation** | **$9,000,000.00** |

56.    **Total of Part 9.**                                                          | **$9,000,000.00** |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor    **1NOnly Phimar, LLC**
Name

Case number *(If known)*  **24-30017-sgj11**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $445.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $48,780.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $9,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $49,225.98 | + 91b. $9,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,049,225.98 |

**Fill in this information to identify the case:**

Debtor name **1NOnly Phimar, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **24-30017-sgj11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Dallas County Tax Office**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**8051 Lyndon B Johnson Freeway, Dallas, TX 75251** | $123,810.54 | $9,000,000.00 |

**500 Elm Street, Suite 3300**
**Dallas, TX 75202**
Creditor's mailing address

Describe the lien
**2022 and 2023 Property Tax**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/01/2023**
**Last 4 digits of account number**
**E07B**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Pegasus Bank**
**2. Dallas County Tax Office**
**3. Richardson ISD Tax Office**

| | | | |
|---|---|---|---|
| **2.2** **Pegasus Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**8051 Lyndon B Johnson Freeway, Dallas, TX 75251** | $6,555,690.42 | $9,000,000.00 |

**c/o Michael P. Menton**
**SettlePou**
**3333 Lee Parkway, 8th Floor**
**Dallas, TX 75219**
Creditor's mailing address

Describe the lien
**Loan Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**06/03/2019**

| Debtor | 1NOnly Phimar, LLC | Case number (if known) | 24-30017-sgj11 |
|---|---|---|---|
| | Name | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2020**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Richardson ISD Tax Office** | Describe debtor's property that is subject to a lien | $215,882.57 | $9,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**420 S. Greenville Avenue
Richardson, TX 75081**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/01/2023**

**Last 4 digits of account number**
**3616**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**8051 Lyndon B Johnson Freeway, Dallas, TX 75251**

**Describe the lien**
**2022 and 2023 Property Tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $159,584.57 | $11.46 |
|---|---|---|---|---|

Creditor's Name

**Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/03/2020**

**Last 4 digits of account number**
**8210**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Deposit Accounts; Receivables**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $7,054,968.10 |
|---|---|---|

| Debtor | **1NOnly Phimar, LLC** | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Texas Alcoholic Beverage Commission**<br>**Licenses and Permits Division**<br>**P.O. Box 13127**<br>**Austin, TX 78711** | Line  **2.1** | |
| **Texas Comptroller of Public Accounts**<br>**Revenue Accounting Division - Bankruptcy**<br>**P.O. Box 13528, Capitol Station**<br>**Austin, TX 78711** | Line  **2.1** | |
| **Texas Workforce Commission**<br>**TWC Building - Regulatory Integrity**<br>**101 East 15th Street**<br>**Austin, TX 78778** | Line  **2.1** | |

| Fill in this information to identify the case: |
|---|
| Debtor name **1NOnly Phimar, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) **24-30017-sgj11** |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Anastasiia Yakusevych**<br>**2600 Millstream Drive**<br>**Plano, TX 75075** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $580.91 | $580.91 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Aranza Gomez**<br>**11100 Walnut Hill Lane**<br>**Dallas, TX 75238** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $168.06 | $168.06 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **1NOnly Phimar, LLC** | Case number (*if known*) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.33 | $409.33 |
|---|---|---|---|---|

**Bendi Revolorio
13515 Kit Lane #204
Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $376,742.07 | $0.00 |
|---|---|---|---|---|

**City of Dallas
1500 Marilla, 7BN
Dallas, TX 75201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**11/19/2023**

Basis for the claim:
**8051 Lyndon B Johnson Freeway, Dallas, TX 75251**

Last 4 digits of account number **6302**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.72 | $325.72 |
|---|---|---|---|---|

**Damian S. Thomson
6565 McCallum Boulevard
Dallas, TX 75252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.90 | $234.90 |
|---|---|---|---|---|

**Daniel Jones
13259 Emily Road #227
Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **1NOnly Phimar, LLC** | | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.21 | $449.21 |
|---|---|---|---|---|

**Destiny Carbajal**
**515 Mannington Drive**
**Dallas, TX 75232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.94 | $369.94 |
|---|---|---|---|---|

**Erlinda Gutierrez**
**14018 Brookgreen Drive**
**Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.78 | $598.78 |
|---|---|---|---|---|

**Esmeralda Guadarrama**
**13510 Esperanza Road #166-4**
**Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.77 | $377.77 |
|---|---|---|---|---|

**Fatiha Mabrouki**
**13515 Kit Lane #212-12**
**Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **1NOnly Phimar, LLC** | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address

**Felicitas Gregorio Juan**
**13750 Esperanza Road #2144**
**Dallas, TX 75240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$523.93   $523.93

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address

**Halyna Vinnichenko**
**2600 Millstream Drive**
**Plano, TX 75075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$866.00   $866.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address

**Jessie Garcia**
**401 S. Coit Road #126**
**McKinney, TX 75070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.27   $250.27

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address

**Jessie Gardner**
**6413 Orange Blossom Dr.**
**Midlothian, TX 76065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$482.90   $482.90

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **1NOnly Phimar, LLC** | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.72 | $282.72 |
|---|---|---|---|---|

**Johnathan Hernandez**
**14038 Peyton Drive #115**
**Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.92 | $829.92 |
|---|---|---|---|---|

**Jorge Manzur**
**2413 Highdale Drive**
**Garland, TX 75041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.99 | $388.99 |
|---|---|---|---|---|

**Jose Posada Andrado Andrade**
**5351 Peterson Lane**
**Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.49 | $435.49 |
|---|---|---|---|---|

**Joshua A. Chaffin**
**920 Treasure Road**
**Garland, TX 75041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **1NOnly Phimar, LLC** | | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,786.13 | $1,786.13 |
|---|---|---|---|---|

**Julio Esparza**
**7549 Stonebrook Parkway #2601**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,127.61 | $1,127.61 |
|---|---|---|---|---|

**Logan Lowe**
**P.O. Box 903**
**Howe, TX 75459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.39 | $464.39 |
|---|---|---|---|---|

**Ma Guadalupe Medina Granados**
**13209 Coit Road**
**Dallas, TX 75240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.80 | $610.80 |
|---|---|---|---|---|

**Marleny Beltran**
**3220 West Walnut Street #112**
**Garland, TX 75042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **1NOnly Phimar, LLC** | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $501.13 | $501.13 |

**Mirna Gomez**
**14018 Brookgreen Drive #2054**
**Dallas, TX 75240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | | $624.79 | $624.79 |

**Misael A. Gebregiorgis**
**3035 Renaissance Court**
**Dallas, TX 75287**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | | $480.63 | $480.63 |

**Nataliia Tselikh**
**2600 Millstream Drive**
**Plano, TX 75075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | | $421.45 | $421.45 |

**Olena Yeromina**
**2001 East Spring Creek Parkway**
**Plano, TX 75074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **1NOnly Phimar, LLC** | Case number *(if known)* | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,533.54 | $1,533.54 |
|---|---|---|---|---|

**Omer Demir**
**5225 Fleetwood Oaks Avenue**
**Dallas, TX 75235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.18 | $202.18 |
|---|---|---|---|---|

**Perla Muniz**
**4902 San Marcus Drive**
**Mesquite, TX 75150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $992.29 | $992.29 |
|---|---|---|---|---|

**Serhii Kurhanskyi**
**4121 Saint Albans Drive**
**Plano, TX 75093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.25 | $605.25 |
|---|---|---|---|---|

**Shamiso Karikoga**
**200 Oak Knoll Circle #1711**
**Lewisville, TX 75067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **1NOnly Phimar, LLC** | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.43 | $450.43 |
|---|---|---|---|---|

**Sofiia Molchanova**
**4121 Saint Albans Drive**
**Plano, TX 75093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $774.20 | $774.20 |
|---|---|---|---|---|

**Tiffany Murie Hawkins**
**896 Union Station Parkway #9102**
**Lewisville, TX 75057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.65 | $510.65 |
|---|---|---|---|---|

**Valentyna Odnoroh**
**2001 East Spring Creek Parkway**
**Plano, TX 75074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.25 | $459.25 |
|---|---|---|---|---|

**Valeria Vargas**
**3032 Walnut Hill Lane**
**Dallas, TX 75229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **1NOnly Phimar, LLC** | | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.74 | $728.74 |
|---|---|---|---|---|

**Zakiya Brown**
**8511 Southwestern Boulevard**
**#1119**
**Dallas, TX 75206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $0.00 |
|---|---|---|---|

**Amari Bolling and Julia Malcolm**
**obo Dakota Davis, Minor**
**c/o Tad Rice**
**25700 I-45 N., Suite 130**
**The Woodlands, TX 77386**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Demand**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $168,000.00 |
|---|---|---|---|

**Best Western International, Inc.**
**6201 N. 24th Parkway**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/27/2023
Last 4 digits of account number _

Basis for the claim:  **Settlement Agreement regarding Franchise Fees**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $1,215,911.14 |
|---|---|---|---|

**Chicken Island, LLC**
**8330 LBJ Freeway**
**Suite B1180**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Money Loaned**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $10,978.13 |
|---|---|---|---|

**DSS Fire**
**2602 National Place**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/15/2023
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $16,802.20 |
|---|---|---|---|

**Goldberg Weprin Finkel Goldstein LLP**
**125 Park Avenue, 12th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/05/2022
Last 4 digits of account number  4302

Basis for the claim:  **Legal Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **1NOnly Phimar, LLC** | Case number (*if known*) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,930.20** |
|---|---|---|---|

**Kane Russell Coleman Logan PC**
**Bank of America Plaza**
**901 Main Street, Suite 5200**
**Dallas, TX 75202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,979.36** |
|---|---|---|---|

**O'Connor Tax Reduction Experts**
**2200 North Loop West, Suite 200**
**Houston, TX 77018**

Date(s) debt was incurred  **06/27/2023**

Last 4 digits of account number  **1704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,262.39** |
|---|---|---|---|

**Omni Logistics LLC**
**3200 Olympus Boulevard, Suite 300**
**Coppell, TX 75019**

Date(s) debt was incurred  **12/01/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Philip Levine**
**8330 LBJ Freeway**
**Suite B1180**
**Dallas, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money Loaned**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645,060.64** |
|---|---|---|---|

**Philip Levine Trust**
**8330 LBJ Freeway**
**Suite B1180**
**Dallas, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money Loaned**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,872.95** |
|---|---|---|---|

**TMH Worldwide, LLC**
**22 Sylvan Way**
**Parsippany, NJ 07054**

Date(s) debt was incurred  **03/15/2023**

Last 4 digits of account number  **3TFD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Franchise Fees**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**U.S. Equal Employment**
**Opportunity Commission - Dallas Office**
**207 S. Houston Street, 3rd Floor**
**Dallas, TX 75202**

Date(s) debt was incurred  **01/17/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Employment Discrimination Charge Filed by Tiffany Langston**

Is the claim subject to offset? ☑ No ☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **1NOnly Phimar, LLC** | Case number (if known) | **24-30017-sgj11** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Best Western International, Inc.**<br>**c/o Jared Sutton and Jennifer Lee-Cota**<br>**Papetti Samuels Weiss McKirgan LLP**<br>**15169 North Scottsdale Road, Suite 205**<br>**Scottsdale, AZ 85254** | Line  **3.2**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 396,590.37 |
| **5b. Total claims from Part 2** | 5b. | + $ | 3,359,797.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,756,387.38 |

| Fill in this information to identify the case: |
|---|
| Debtor name **1NOnly Phimar, LLC** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS |
| Case number (if known)   **24-30017-sgj11** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement - Property Insurance** |
|        State the term remaining | **6 months** |
|        List the contract number of any government contract | **Pathward, N.A.**<br>**5501 South Broadband Lane**<br>**Sioux Falls, SD 57108** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** |
|        State the term remaining | **8 years** |
|        List the contract number of any government contract | **TMH Worldwide, LLC**<br>**22 Sylvan Way**<br>**Parsippany, NJ 07054** |

| Fill in this information to identify the case: |
| --- |

Debtor name **1NOnly Phimar, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-30017-sgj11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Philip Levine** | **8330 LBJ Freeway Suite B1180 Dallas, TX 75243** | **Pegasus Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Philip Levine Trust** | **8330 LBJ Freeway Suite B1180 Dallas, TX 75243** | **Pegasus Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Case No. 24-30017-sgj11
In re: 1NOnly Phimar, LLC

# **EXHIBIT 39**

## Rooms

| Item | Count | Book Value |
|------|------:|:----------:|
| King beds | 118 | $ - |
| Double beds | 82 | $ - |
| Queen Beds | 34 | $ - |
| Refigerator | 150 | $ - |
| Microwave | 165 | $ - |
| Desk Lamp | 160 | $ - |
| Nightstands | 246 | $ - |
| Desks | 160 | $ - |
| Armairs | 160 | $ - |
| Combo table | 160 | $ - |
| Dresser | 40 | $ - |
| Desk Cahirs | 160 | $ - |
| Coffee Maker | 160 | $ - |
| Foot Rest autiman | 67 | $ - |
| Alarm clock | 160 | $ - |
| Iron and Board | 150 | $ - |
| Basket | 180 | $ - |
| Ice Bucket | 180 | $ - |
| Headboard | 240 | $ - |
| Ac Unit | 205 | $ - |
| Tv | 174 | $ - |
| Phone | 160 | $ - |
| Trashcan | 180 | $ - |
| Sinks | 165 | $ - |
| Towel Rack | 160 | $ - |
| Nightstand Lamp | 305 | $ - |
| Hairdryer | 165 | $ - |
| Floor Lamp | 39 | $ - |
| Sofa Bed | 42 | $ - |
| Lounge Chair | 80 | $ - |
| Artwork | 330 | $ - |
| | | |
| TOTAL | | $ - |

## Lobby & Offices

| Item | Count | Book Value |
|------|------:|:----------:|
| Luggaage carts | 5 | $ - |
| Desks | 8 | $ - |
| Office Chair | 18 | $ - |
| Computer and Moniter | 14 | $ - |
| Printer | 4 | $ - |
| Smart Samsung flip board | 1 | $ - |
| Tvs | 11 | $ - |
| Vending Fridge | 2 | $ - |
| Tables | 11 | $ - |
| Artwork | 20 | $ - |
| Lounge chair | 2 | $ - |
| Pit Group Sectional | 1 | $ - |
| Fish tanks | 4 | $ - |
| | | |
| TOTAL | | $ - |

## Bar, Restaurant & Pool

| Item | Count | Book Value |
|------|------:|:----------:|
| Cocktail tables | 10 | $ - |
| Barstools | 30 | $ - |
| Dinner Tables | 29 | $ - |
| Dinner Chairs | 107 | $ - |
| Cabanas | 4 | $ - |
| Patio tables | 5 | $ - |
| Patio chairs | 20 | $ - |
| Patio lounger | 7 | $ - |
| Outdoor trashcan | 6 | $ - |
| Giant Flower pots | 12 | $ - |
| Decorative dressers | 2 | $ - |
|  |  |  |
| TOTAL |  | $ - |

## Kitchen

| Item |
|------|
| Electric Chafer |
| Juice Machine |
| Cereal Dispenser |
| Toaster |
| Waffle Maker |
| Oven |
| Stove |
| Dishwasher |
| Grill |
| Deep Fryer |
| Walkin Fridge and Freezer |
| Pizza Oveb |
| In line service cabinet fridge |
| Industruial sink |
| Stand Mixer |
| Hotbox |
| Metal Rack Sheles |
| Blender |
| Meat slicer |
| lrg Stock pot |
| 12x24 hotel pan |
| baking sheets |
| 12x24 deep hotel pan |
| 6x12 hotel pan |
| Round Plates |
| Small round plate |
| Kitchen Cart |
| stainless bowls |
| Pitchers |
| Drink Dispensers |
| Refrigerator |
| Fork |
| Knife |
| Spoon |
| Cooking Utensils |
|  |
| TOTAL |

## Banquets & Conference

| Count | Book Value | Item | Count | Book Value |
|---|---|---|---|---|
| 6 | $ - | Rect Blk Tablecloth | 45 | $ - |
| 1 | $ - | Rect White Tablecloth | 40 | $ - |
| 2 | $ - | Round Blk Tablecloth | 37 | $ - |
| 2 | $ - | Round White Tablecloth | 21 | $ - |
| 1 | $ - | Blk napkin | 107 | $ - |
| 2 | $ - | White Napkin | 194 | $ - |
| 2 | $ - | Gray Table Skirt | 15 | $ - |
| 1 | $ - | Blk Table skirt | 15 | $ - |
| 1 | $ - | Blk Chair Cover | 175 | $ - |
| 1 | $ - | White Chair cover | 256 | $ - |
| 1 | $ - | Silver Dining plate | 400 | $ - |
| 1 | $ - | Gold Dining Plate | 200 | $ - |
| 2 | $ - | 8oz wine glass with stem | 196 | $ - |
| 3 | $ - | 10 oz Wine Glass with stem | 84 | $ - |
| 1 | $ - | 11.75 oz stemless wine glass | 204 | $ - |
| 2 | $ - | Sterno chafer dishes | 9 | $ - |
| 17 | $ - | Chafer stands | 12 | $ - |
| 3 | $ - | Sm fishbowl vase | 10 | $ - |
| 1 | $ - | Lrg fishbowl vase | 24 | $ - |
| 4 | $ - | 12 in vase | 32 | $ - |
| 60 | $ - | 10 in vase | 4 | $ - |
| 94 | $ - | Soeakers | 5 | $ - |
| 24 | $ - | Microphones | 2 | $ - |
| 34 | $ - | Wireless Microphones | 2 | $ - |
| 264 | $ - | Stage lights | 2 | $ - |
| 237 | $ - | 8x6 stage sections | 4 | $ - |
| 5 | $ - | Podiium | 2 | $ - |
| 40 | $ - | White board with stand | 6 | $ - |
| 20 | $ - | Notepad with stand | 14 | $ - |
| 7 | $ - | Power Strips | 40 | $ - |
| 1 | $ - | Extension cords | 26 | $ - |
| 374 | $ - | Chandelier | 5 | $ - |
| 202 | $ - | Lamps | 2 | $ - |
| 316 | $ - | Artwork | 15 | $ - |
| 60 | $ - | Sqr Plates | 226 | $ - |
|  |  | Sqr Bowls | 240 | $ - |
|  | $ - | Round Table | 10 | $ - |
|  |  | Oval Table | 20 | $ - |
|  |  | 6ft rect table | 20 | $ - |
|  |  | 9ft rect table | 8 | $ - |
|  |  | 6ft classroom table | 30 | $ - |
|  |  | 9ft classroom table | 24 | $ - |
|  |  | square table | 6 | $ - |
|  |  | purple benches | 7 | $ - |
|  |  | Serving Tong | 12 | $ - |
|  |  | Serving Spoon | 12 | $ - |
|  |  | TOTAL |  | $ - |

## Sheets & Towels

| Item | Count | Book Value |
|------|------:|------------|
| Bed Skirt Double | 80 | $       - |
| Bed Skirt King | 118 | $       - |
| Bed Skirt Queen | 32 | $       - |
| Blankets Double | 90 | $       - |
| Blankets King | 104 | $       - |
| Blankets Queen | 32 | $       - |
| Brown blankets Full | 16 | $       - |
| Brown blankets King | 2 | $       - |
| Fitted Sheets Double | 123 | $       - |
| Fitted Sheets King | 107 | $       - |
| Fitted Sheets Queen | 76 | $       - |
| Fitted Sheets Queen /King for folding sofas | 22 | $       - |
| Flat Sheets Double | 105 | $       - |
| Flat Sheets King | 115 | $       - |
| Flat Sheets Queen | 90 | $       - |
| Flat Sheets Queen/King for folding sofas | 9 | $       - |
| Foot carpet | 16 | $       - |
| Mattress pad Full | 82 | $       - |
| Mattress pad King | 108 | $       - |
| Mattress pad Queen | 34 | $       - |
| Pillow Cases | 882 | $       - |
| Pillows | 886 | $       - |
| Shower curtain Orange | 16 | $       - |
| Shower curtain White | 125 | $       - |
| Top Cover Double | 94 | $       - |
| Top Cover King | 104 | $       - |
| Top Cover Queen | 37 | $       - |
| Towel Bath | 392 | $       - |
| Towel Face | 449 | $       - |
| Towels Foot | 127 | $       - |
| Towels Hand | 459 | $       - |
| Towels Swimming pool | 73 | $       - |
| White duvet with filling Full | 4 | $       - |
| White duvet with filling King | 3 | $       - |

TOTAL                                                        $       -